IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| **DAVID LEGARRETTA, EDWARD A. RODRIGUEZ, THE UNKNOWN HEIRS OF YADIRA PORRAS A/K/A YADIRA LEGARRETTA, DECEASED, UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, and MV REALTY OF TEXAS, LLC,** | § | MO:25-CV-00206-DC |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Ronald C. Griffin (Doc. 12) concerning Lilly Plummer's Motion to Dismiss Party (Doc. 6). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Griffin issued his report and recommendation on October 29, 2025. As of the date of this Order, neither party has filed objections.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no

timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no party has filed timely objections, the Court reviews the Report and Recommendation for clear error, finding none.

As a result, the Motion to Dismiss is **GRANTED** to the extent it seeks clarification of her nonparty status. Plummer is **ORDERED** to be terminated from the docket to reflect that she is no longer a party in this action. Plummer's request for attorney's fees, expenses, costs, and interest is **DENIED**.

It is so **ORDERED**.

**SIGNED this 18th day of November, 2025.**

_____
**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**